UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA             :
                                    :   **ORDER**
         -v-                         :
                                    :   S1 22 Cr. 185 (JGK)
TYAQAN PITT,                         :
                                    :
                    Defendant.       :
                                    :
- - - - - - - - - - - - - - - - - - x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Andrew K. Chan;

It is found that the Indictment in the above-captioned action, 22 Cr. 185, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, 22 Cr. 185, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
          April 6, 2022

                          _____
                          THE HONORABLE JOHN G. KOELTL
                          UNITED STATES DISTRICT JUDGE