UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                      S1 22 cr 185 (JGK)

      -against-

                      **SPEEDY TRIAL ORDER**

TYAQAN PITT,
                Defendant.
-------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, April 19, 2022, at 9:00am.,** before the Honorable John G. Koeltl. **Dial-in: 888 363-4749, with access code 8140049.**

The Court prospectively excludes the time from today until April 19, 2022 in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                      JOHN G. KOELTL
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        April 14, 2022