UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                    22 cr 185 (JGK)

TYAQAN PITT,
                    Defendant.
------------------------------------------------------------X

       It is hereby ordered that David Stern, Esq., be appointed as counsel for the above-named defendant, for all purposes.

**SO ORDERED.**

                                                         JOHN G. KOELTL
                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        April 28, 2022