UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

UNITED STATES OF AMERICA

        - against -                22 Cr. 185 (JGK)

TYAQAN PITT,                               ORDER
                Defendant.
---

JOHN G. KOELTL, District Judge:

    The parties should appear for another conference on **September 8, 2022,** at **10:30 a.m.**

    Because a continuance is needed to allow for the Government to complete discovery and for the defendant to review it, to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **April 28, 2022,** until **September 8, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: April 28, 2022
       New York, New York

                                                John G. Koeltl
                                  United States District Judge