# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

May 16, 2022

**By ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Tyaqan Pitt
    22 Cr. 185 (JGK)

Dear Judge Koeltl:

I represent Mr. Pitt in the above-named matter. Per the Court's Order dated May 9, 2022, the parties are to appear for a conference tomorrow, May 17, 2022 at 10:30 a.m. This letter is respectfully submitted to request that my associate, Rachel Perillo, be permitted to appear in my place at the conference because I am currently engaged in trial in the matter of *United States v. Mirsad Kandic*, 17 Cr. 449 (NGG) before Hon. Nicholas Garaufis in the Eastern District of New York.

Ms. Perillo is a 2014 New York Law School graduate and is admitted to practice before this Court. She regularly assists me and other partners in my law office in CJA cases and has been assigned as associate counsel in criminal matters in the Southern District of New York. Mr. Pitt has no objection to Ms. Perillo standing in for me under these circumstances. If the Court has any questions regarding this application, please do not hesitate to contact me.

Respectfully submitted,
/s/
David Stern

APPLICATION GRANTED
SO ORDERED
John G. Koeltl, U.S.D.J.
5/16/22