UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -                     22 Cr. 185 (JGK)

TYAQAN PITT and IVAN MORGAN,      ORDER
                  Defendants.

JOHN G. KOELTL, District Judge:

The parties should appear for another conference on **October 4, 2022**, at **9:00 a.m.**

Because a continuance is needed to assure the effective assistance of counsel, to allow defense counsel time to review discovery, and to allow defense counsel time to decide what motions, if any, will be made, the Court prospectively excludes the time from today, **May 31, 2022**, until **October 4, 2022**, from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: May 31, 2022
      New York, New York

                                            John G. Koeltl
                                      United States District Judge