UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                                              22 cr 185-02 (JGK)

TYAQAN PITT,
                      Defendant.
-------------------------------------------------------------X

        It is hereby ordered that Michael W. Martin, Esq., of Lincoln Square Legal Services, Inc., be appointed as counsel to the above-named defendant, replacing David M. Stern, Esq.

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                                  **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          September 8, 2022