UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - against -

IVAN MORGAN and TYAQAN PITT,

    Defendants.

22-cr-185 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The conference initially scheduled for October 4, 2022, at 10:30 a.m., is adjourned until **November 30, 2022, at 9:00 a.m.**

Because a continuance is needed to assure the effective assistance of counsel, to allow defense counsel time to review discovery, and to allow defense counsel time to decide what motions, if any, the defendant intends to make, the Court prospectively excludes the time from today, **September 30, 2022,** until **November 30, 2022,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated:    New York, New York
             September 30, 2022

                                John G. Koeltl
                                United States District Judge