UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

            -against-                                 22 cr 185 (JGK)

TYAQAN PITT,                                    **ORDER**
                          Defendant.
-------------------------------------------------------------X

Sentencing scheduled for Thursday, March 30, 2023 is **adjourned to Tuesday, April 4,**

**2023, at 3:00pm.**

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 28, 2023